# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 08-32873 |
| | § | |
| RHONDA MORRISON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 4/25/2014, in Courtroom 240, United States Courthouse, United States Courthouse, Kane County, 100 S. Third Street, Geneva, IL 60134. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   03/20/2014                    By:   /s/ David E. Grochocinski
                                                    Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-32873 |
| | § | |
| RHONDA MORRISON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $35,000.00
*and approved disbursements of* $22,710.08
*leaving a balance on hand of[1]:* $12,289.92

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $12,289.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $2,365.06 | $0.00 | $2,365.06 |
| David E. Grochocinski, Trustee Expenses | $177.00 | $0.00 | $177.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $5,689.50 | $0.00 | $5,689.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $107.15 | $0.00 | $107.15 |
| Alan D. Lasko & Associates, P.C., Accountant for Trustee Fees | $774.80 | $0.00 | $774.80 |
| Other: Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $2,034.00 | $0.00 | $2,034.00 |
| Other: CLERK OF THE US BANKRUPTCY COURT, Other Chapter 7 Administrative Expenses | $250.00 | $0.00 | $250.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Total to be paid for chapter 7 administrative expenses: $11,397.51
Remaining balance: $892.41

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $892.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $892.41

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,628.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Midland Funding LLC | $1,614.26 | $0.00 | $397.01 |
| 2 | Midland Funding LLC | $1,165.52 | $0.00 | $286.65 |
| 3 | Bothwell Anesthesia Services | $159.00 | $0.00 | $39.10 |
| 4 | Midland Funding LLC | $689.82 | $0.00 | $169.65 |

Total to be paid to timely general unsecured claims: $892.41
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

UST Form 101-7-NFR (10/1/2010)

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 08-32873-DRC
Rhonda Morrison                                                 Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1       User: pseamann           Page 1 of 2           Date Rcvd: Mar 25, 2014
                           Form ID: pdf006          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2014.
```
db         +Rhonda Morrison,    738 N County Line Road,   Hinsdale, IL 60521-3601
12920855   +Aspire/Cb&T,    Pob 105555,    Atlanta, GA 30348-5555
12920856   +Associated Creditors Exchange, Inc.,    PO BOX 33130,   Phoenix, AZ 85067-3130
12920857   +Associated Recovery Systems,    fbo Sam's Club/LVNV Funding LLC,   PO BOX 469099,
             Escondido, CA 92046-9099
12920858   +BeneficiaL,    HSBC Payment Processing,   PO BOX 4153,   Carol Stream, IL 60197-4153
12920859   +Beneficial Payment Processing,    PO BOX 5240,   Carol Stream, IL 60197-5240
12920860   +Benfcl/Hfc,    Pob 1547,   Chesapeake, VA 23327-1547
12920863   +Bothwell Regional Health Center,    PO BOX 1706,   Sedalia, MO 65302-1706
12920864   +Bothwell Regional Health Center,    601 E. 14th St.,   Sedalia, MO 65301-5972
12920865   +Boyce and Bynum Pathology Prof Serv,    PO BOX 7406,   200 Portland St.,   Columbia, MO 65201-2499
12920866   +Cap One,   Pob 30281,    Salt Lake City, UT 84130-0281
12920868   +Dsnb Macys,    3039 Cornwallis Rd,    Durham, NC 27709-0154
12920869   +Encore Receivable Management,    400 N. Rogers Road,   PO BOX 3330,   Olathe, KS 66063-3330
12920871   +Frd Motor Cr,    Pob 542000,   Omaha, NE 68154-8000
12920872   +G& R Health Associates,    1710 S. Lafayette,   Sedalia, MO 65301-7531
12920876   +Kramer & Frank, PC,    1125 Grand Blvd., #600,   Kansas City, MO 64106-2501
19931772    Midland Funding LLC,    By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
12920878   +Morgan Drexen,    18111 Von Karman Ave., 7th Floor,   Irvine, CA 92612-7110
12920879   +NCO Financial Systems Inc.,    PO BOX 61247 Dept 64,   Virginia Beach, VA 23466-1247
12920881   +Randy K. Sparks,    414 S. Ohio,   Sedalia, MO 65301-4410
12920882   +Shores, Williamson & Obaebosim, LLC,    301 N. Main, #1400,   Wichita, KS 67202-4814
12920883   +Transworld Systems,    25 Northwest Point Blvd., #750,   Elk Grove Village, IL 60007-1058
12920884  ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,   1ST FLOOR,   DES MOINES IA 50328-0001
            (address filed with court: Wachov/Ftu,    Po Box 3117,   Winston Salem, NC 27102)
12920885    Wells Fargo,    Po Box 5445,    Portland, OR 97208
12920886   +Wffinance,    8316 Pivl-Mtws Rd. Ste. 802,   Charlotte, NC 28226-4754
12920887   +Wffinancial,    8316 Pineville Mat,    Charlotte, NC 28226-3777
12920888   +Williamson Law Firm, LLC,    1600 S. Douglass Road, #100,   Anaheim, CA 92806-5948
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12920854   +E-mail/Text: bnc-applied@quantum3group.com Mar 26 2014 01:47:58     Applied Bnk,
             4700 Exchange Cour,    Boca Raton, FL 33431-4464
12920867   +E-mail/Text: legalcollections@comed.com Mar 26 2014 01:48:26      ComED,   Bankruptcy Department,
             555 Waters Edge,    Lombard, IL 60148-7044
12920873   +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2014 01:54:16      Gemb/Jcp,    Po Box 981402,
             El Paso, TX 79998-1402
12920874   +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2014 01:54:16      Gemb/Sam,    Po Box 981400,
             El Paso, TX 79998-1400
12920875   +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2014 01:55:24      Gemb/Sams,    Po Box 981400,
             El Paso, TX 79998-1400
12920877   +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 26 2014 01:55:12      Lvnv Funding,
             P.O. B   10584,   Greenville, SC 29603-0584
12920880   +E-mail/Text: bankrup@aglresources.com Mar 26 2014 01:45:39      Nicor,    PO BOX 416,
             Aurora, IL 60507-0416
19931773    E-mail/PDF: rmscedi@recoverycorp.com Mar 26 2014 01:53:02
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
13761100   +E-mail/PDF: rmscedi@recoverycorp.com Mar 26 2014 01:53:02
             Recovery Management Systems Corporation,    For Capital Recovery II,
             As Assignee of GE Capital - Sam's Club,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14085718   +E-mail/PDF: rmscedi@recoverycorp.com Mar 26 2014 01:55:26
             Recovery Management Systems Corporation,    For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13761098   +E-mail/PDF: rmscedi@recoverycorp.com Mar 26 2014 01:54:26
             Recovery Management Systems Corporation,    For Capital Recovery II,   As Assignee of Capital One,
             25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12920852    E-mail/PDF: cbp@slfs.com Mar 26 2014 01:53:46      Amer Gen Fin,   1423 Dual Hwy  Ste,
             Hagerstown, MD 21740
12920853    E-mail/PDF: cbp@slfs.com Mar 26 2014 01:55:10      Amer Gen Fin,   1655 East Main St,
             Waynesboro, PA 17268
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12920861*   +Benfcl/Hfc,   Po Box 1547,   Chesapeake, VA 23327-1547
12920862   ##+Bothwell Anesthesia Services,   PO BOX 1660,    Independence, MO 64055-0660
12920870   ##+Eskanos & Adler,   2325 Clayton Rd.,   Concord, CA 94520-2104
                                                                                            TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1           User: pseamann              Page 2 of 2                   Date Rcvd: Mar 25, 2014
                               Form ID: pdf006             Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2014 at the address(es) listed below:

      Ariane Holtschlag   on behalf of Plaintiff David E Grochocinski aholtschlag@wfactorlaw.com, gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
      Ariane Holtschlag   on behalf of Trustee David E Grochocinski aholtschlag@wfactorlaw.com, gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
      David E Grochocinski   on behalf of Trustee David E Grochocinski lawyers@innovalaw.com, lawyers@innovalaw.com
      David E Grochocinski   dgrochocinski@innovalaw.com, deg@trustesolutions.net
      David E Grochocinski   on behalf of Accountant   Scott Horewitch Pidgeon & Abrams, LLC dgrochocinski@innovalaw.com, deg@trustesolutions.net
      David E Grochocinski   on behalf of Accountant Alan   Lasko dgrochocinski@innovalaw.com, deg@trustesolutions.net
      David P Lloyd   on behalf of Trustee David E Grochocinski courtdocs@davidlloydlaw.com
      Kathleen M. McGuire   on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com, kmmcguirelaw@sbcglobal.net
      Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
      Robert V Schaller   on behalf of Debtor Rhonda   Morrison SchallerLawFirm@gmail.com, usbc2007@gmail.com,slfecfmail@gmail.com

                                                                                                      TOTAL: 10