# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MORRISON, RHONDA | § | Case No. 08-32873 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $                 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on          . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE _____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RHONDA MORRISON |  |  |  |
| JOHN FISK |  |  |  |
| TERRENCE E RICHARDSON |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI | | | | | |
| DAVID E. GROCHOCINSKI | | | | | |
| TITLE INS | | | | | |
| TITLE INS | | | | | |
| TITLE SEARCH | | | | | |
| GREEN BANK | | | | | |
| Green Bank | | | | | |
| Green Bank | | | | | |
| Green Bank | | | | | |
| Green Bank | | | | | |
| Green Bank | | | | | |
| Green Bank | | | | | |
| Green Bank | | | | | |
| Green Bank | | | | | |
| Green Bank | | | | | |
| Green Bank | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Green Bank | | | | | |
| Green Bank | | | | | |
| 2012 PROPERTY TAXES | | | | | |
| COUNTY TAXES | | | | | |
| CLERK OF THE US BANKRUPTCY COURT | | | | | |
| INNOVALAW, PC | | | | | |
| INNOVALAW, PC | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| SCOTT HOREWITCH PIDGEON & ABRAMS, L | | | | | |
| COLDWELL BANKER/GATTERMIEIR | | | | | |
| UTILITY PAYMENTS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amer Gen Fin 1423 Dual Hwy Ste Hagerstown, MD 21740 | | | | | |
| | Amer Gen Fin 1655 East Main St Waynesboro, PA 17268 | | | | | |
| | Amer Gen Fin 1655 East Main St Waynesboro, PA 17268 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Applied Bnk 4700 Exchange Cour Boca Raton, FL 33431 | | | | | |
| | Aspire/Cb&T Pob 105555 Atlanta, GA 30348 | | | | | |
| | Associated Creditors Exchange, Inc. PO BOX 33130 Phoenix, AZ 85067 | | | | | |
| | Associated Recovery Systems fbo Sam's Club/LVNV Funding LLC PO BOX 469099 Escondido, CA 92046 | | | | | |
| | BeneficiaL HSBC Payment Processing PO BOX 4153 Carol Stream, IL 60197 | | | | | |
| | Beneficial Payment Processing PO BOX 5240 Carol Stream, IL 60197 | | | | | |
| | Benfcl/Hfc Po Box 1547 Chesapeake, VA 23327 | | | | | |
| | Benfcl/Hfc Po Box 1547 Chesapeake, VA 23327 | | | | | |
| | Benfcl/Hfc Pob 1547 Chesapeake, VA 23327 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Benfcl/Hfc Pob 1547 Chesapeake, VA 23327 | | | | | |
| | Benfcl/Hfc Pob 1547 Chesapeake, VA 23327 | | | | | |
| | Benfcl/Hfc Pob 1547 Chesapeake, VA 23327 | | | | | |
| | Benfcl/Hfc Pob 1547 Chesapeake, VA 23327 | | | | | |
| | Bothwell Regional Health Center PO BOX 1706 Sedalia, MO 65302 | | | | | |
| | Boyce and Bynum Pathology Prof Serv PO BOX 7406 200 Portland St. Columbia, MO 65205 | | | | | |
| | Cap One Pob 30281 Salt Lake City, UT 84130 | | | | | |
| | Cap One Pob 30281 Salt Lake City, UT 84130 | | | | | |
| | Cap One Pob 30281 Salt Lake City, UT 84130 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ComED Bankruptcy Department 555 Waters Edge Lombard, IL 60148 | | | | | |
| | Dsnb Macys 3039 Cornwallis Rd Durham, NC 27709 | | | | | |
| | Encore Receivable Management 400 N. Rogers Road PO BOX 3330 Olathe, KS 66063 | | | | | |
| | Eskanos & Adler 2325 Clayton Rd. Concord, CA 94520 | | | | | |
| | Frd Motor Cr Pob 542000 Omaha, NE 68154 | | | | | |
| | G& R Health Associates 1710 S. Lafayette Sedalia, MO 65301 | | | | | |
| | Gemb/Jcp Po Box 981402 El Paso, TX 79998 | | | | | |
| | Gemb/Jcp Po Box 981402 El Paso, TX 79998 | | | | | |
| | Gemb/Sam Po Box 981400 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/Sams Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/Sams Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/Sams Po Box 981400 El Paso, TX 79998 | | | | | |
| | Kramer & Frank, PC 1125 Grand Blvd., #600 Kansas City, MO 64106 | | | | | |
| | Lvnv Funding P.O. B 10584 Greenville, SC 29603 | | | | | |
| | Morgan Drexen 18111 Von Karman Ave., 7th Floor Irvine, CA 92612 | | | | | |
| | NCO Financial Systems Inc. PO BOX 61247 Dept 64 Virginia Beach, VA 23466 | | | | | |
| | Nicor PO BOX 416 Aurora, IL 60507 | | | | | |
| | Randy K. Sparks 414 S. Ohio Sedalia, MO 65301 | | | | | |
| | Representing: Bothwell Regional Health Center | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Shores, Williamson & Obaebosim, LLC 301 N. Main, #1400 Wichita, KS 67202 |  |  |  |  |  |
|  | Transworld Systems 25 Northwest Point Blvd., #750 Elk Grove Village, IL 60007 |  |  |  |  |  |
|  | Wachov/Ftu Po Box 3117 Winston Salem, NC 27102 |  |  |  |  |  |
|  | Wells Fargo Po Box 5445 Portland, OR 97208 |  |  |  |  |  |
|  | Wffinance 8316 Pivl-Mtws Rd. Ste. 802 Charlotte, NC 28226 |  |  |  |  |  |
|  | Wffinancial 8316 Pineville Mat Charlotte, NC 28226 |  |  |  |  |  |
|  | Williamson Law Firm, LLC 1600 S. Douglass Road, #100 Anaheim, CA 92806 |  |  |  |  |  |
| 3 | BOTHWELL ANESTHESIA SERVICES |  |  |  |  |  |
| 1 | MIDLAND FUNDING LLC |  |  |  |  |  |
| 2 | MIDLAND FUNDING LLC |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | MIDLAND FUNDING LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 08-32873 | Judge: DONALD R. CASSLING | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MORRISON, RHONDA | | | Date Filed (f) or Converted (c): | 12/02/08 (f) |
| | | | | 341(a) Meeting Date: | 01/13/09 |
| For Period Ending: | 05/31/14 | | | Claims Bar Date: | 07/07/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 250 E. BONNEVILLE, SEDALIA, MO | 30,000.00 | 29,050.00 | | 35,000.00 | FA |
| 2. CASH | 150.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 1,750.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS ETC | 50.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 550.00 | 0.00 | | 0.00 | FA |
| 6. MISC ITEMS | 300.00 | 0.00 | | 0.00 | FA |
| 7. PENSION | 0.00 | 0.00 | | 0.00 | FA |
| 8. MISC ASSETS | 500.00 | 0.00 | | 0.00 | FA |
| 9. BANK ACCOUNT | 800.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $34,100.00 | $29,050.00 | | $35,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Active

BROKER REVIEWING PROPERTY IN MO; AWAITING REVIEW OF REAL ESTATE; COMPLETED INVESTIGATION OF VALUE OF LIFE ESTATE ON
PROPERTY IN MO; PREPARING APPLICATION TO EMPLOY AND DRAFTING ADVERSARY COMPLAINT TO SELL PROPERTY; ADVERSARY FILED AND
JUDGMENT ENTERED; MARKETING PENDING IN MISSOURI

Waiting for Tax Returns

Property sold in Missouri. Co-owner and life estate holder paid. Waiting for tax returns.

Morrison property sold in MO.  final tax return from sale pending. final report estimated at 5/30/14.

TFR emailed to UST office on 3/11/14.

Final hearing scheduled for 4/25/14

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 08-32873 | Judge: DONALD R. CASSLING | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | MORRISON, RHONDA | | Date Filed (f) or Converted (c): 12/02/08 (f) |
| | | | 341(a) Meeting Date: 01/13/09 |
| | | | Claims Bar Date: 07/07/09 |

Initial Projected Date of Final Report (TFR): 12/30/10        Current Projected Date of Final Report (TFR): 06/30/14

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-32873  -CAS |
| Case Name: | MORRISON, RHONDA |
| Taxpayer ID No: | *******1764 |
| For Period Ending: | 05/31/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******7301  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/11/13 | | LANDMANN TITLE CO 119 EAST 4TH STREET SEDALIA, MO  65301 | SALE OF REAL ESTATE | | 31,386.60 | | 31,386.60 |
| | 1 | | Memo Amount:        35,000.00 | 1210-000 | | | |
| | | | Memo Amount:        (     65.60 ) | 2820-000 | | | |
| | | | COUNTY TAXES | | | | |
| | | | Memo Amount:        (    460.80 ) | 2820-000 | | | |
| | | | 2012 PROPERTY TAXES | | | | |
| | | | Memo Amount:        (    250.00 ) | 3520-000 | | | |
| | | | UTILITY PAYMENTS | | | | |
| | | | Memo Amount:         100.00 | 2500-000 | | | |
| | | | TITLE INS | | | | |
| | | | Memo Amount:        (   2,450.00 ) | 3510-000 | | | |
| | | | COLDWELL BANKER/GATTERMIEIR DAVIDSON RE | | | | |
| | | | Memo Amount:        (    238.00 ) | 2500-000 | | | |
| | | | TITLE SEARCH | | | | |
| | | | Memo Amount:        (     49.00 ) | 2500-000 | | | |
| | | | TITLE INS | | | | |
| 03/25/13 | 003001 | JOHN FISK 602 S. SPRING STREET COLE CAMP, MO 65325 | cash value interst in property 8500-002      $-5,362.20 | 8500-002 | | 5,362.20 | 26,024.40 |
| 03/25/13 | 003002 | RHONDA MORRISON 2211 E BROADWAY SEDALIA, MO  65301 | EXEMPTION TO DEBTOR 8100-002      $-950.00 | 8100-002 | | 950.00 | 25,074.40 |
| 03/25/13 | 003003 | TERRENCE E RICHARDSON 10204 PRAIRIE CREEK ROAD NEW BERLIN, IL  62670 | ONE HALF INTEREST IN REMAINING NET PROCEEDS        8500-002      $-12,537.20 | 8500-002 | | 12,537.20 | 12,537.20 |

| | | |
|---|---|---|
| Page Subtotals | 31,386.60 | 18,849.40 |

Ver: 17.05d

Page:   2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

FORM 2

| Case No: | 08-32873 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MORRISON, RHONDA | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******7301  Checking Account |
| Taxpayer ID No: | *******1764 | | | |
| For Period Ending: | 05/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 29.88 | 12,507.32 |
| 04/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 19.97 | 12,487.35 |
| 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 21.45 | 12,465.90 |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 18.16 | 12,447.74 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 20.08 | 12,427.66 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 21.34 | 12,406.32 |
| 09/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 18.08 | 12,388.24 |
| 10/31/13 | | Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 19.99 | 12,368.25 |

| | | | Page Subtotals | | 0.00 | 168.95 | |

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

Ver: 17.05d

FORM 2                                                                                          Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-32873  -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | MORRISON, RHONDA | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******7301  Checking Account |
| Taxpayer ID No: | *******1764 | | | |
| For Period Ending: | 05/31/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 11/29/13 | | Green Bank | Bank Service Fee | 2600-000 | | 19.95 | 12,348.30 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 12/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 19.28 | 12,329.02 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 01/31/14 | | Green Bank | Bank Service Fee | 2600-000 | | 21.17 | 12,307.85 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 02/28/14 | | Green Bank | Bank Service Fee | 2600-000 | | 17.93 | 12,289.92 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 04/30/14 | | Green Bank | Bank Service Fee | 2600-000 | | 17.27 | 12,272.65 |
| 05/02/14 | | Transfer to Acct #*******1863 | Bank Funds Transfer | 9999-000 | | 12,272.65 | 0.00 |

|  | Page Subtotals | 0.00 | 12,368.25 |

Ver: 17.05d

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-32873  -CAS |
| Case Name: | MORRISON, RHONDA |
| Taxpayer ID No: | *******1764 |
| For Period Ending: | 05/31/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******7301  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 35,000.00 | |
| Memo Allocation Disbursements: | 3,613.40 | |
| Memo Allocation Net: | 31,386.60 | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 31,386.60 | 31,386.60 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 12,272.65 | |
| Subtotal | | 31,386.60 | 19,113.95 | |
| Less:  Payments to Debtors | | | 18,849.40 | |
| Net | | 31,386.60 | 264.55 | |

Page Subtotals                    0.00                    0.00

Ver: 17.05d

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

FORM 2     Page: 5

Exhibit 9

| Case No: | 08-32873  -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MORRISON, RHONDA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1863  Checking - Non Interest |
| Taxpayer ID No: | *******1764 | | | |
| For Period Ending: | 05/31/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/14 | | Transfer from Acct #*******7301 | Bank Funds Transfer | 9999-000 | 12,272.65 | | 12,272.65 |
| 05/07/14 | 010001 | David E. Grochocinski | TRUSTEE FEE | 2100-000 | | 2,365.06 | 9,907.59 |
| 05/07/14 | 010002 | David E. Grochocinski | | 2200-000 | | 177.00 | 9,730.59 |
| | | 1900 Ravinia Place | | | | | |
| | | Orland Park, IL  60462 | | | | | |
| 05/07/14 | 010003 | InnovaLaw, PC | | 3110-000 | | 5,689.50 | 4,041.09 |
| | | 1900 Ravinia Palce | | | | | |
| | | Orland Park, IL  60462 | | | | | |
| 05/07/14 | 010004 | InnovaLaw, PC | expenses | 3120-000 | | 107.15 | 3,933.94 |
| | | 1900 Ravinia Palce | | | | | |
| | | Orland Park, IL  60462 | | | | | |
| 05/07/14 | 010005 | Alan D. Lasko & Associates, P.C. | accountant fees | 3410-000 | | 774.80 | 3,159.14 |
| | | 29 South LaSalle St. | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago,, IL  60603 | | | | | |
| 05/07/14 | 010006 | Scott Horewitch Pidgeon & Abrams, LLC | accountant fees | 3410-000 | | 2,034.00 | 1,125.14 |
| | | 2150 E Lake Cook Road | | | | | |
| | | Suite 560 | | | | | |
| | | Buffalo Grove, IL  60089 | | | | | |
| 05/07/14 | 010007 | CLERK OF THE US BANKRUPTCY COURT | fees | 2990-000 | | 250.00 | 875.14 |
| | | 219 S. DEARBORN | | | | | |
| | | CHICAGO, IL  60604 | | | | | |
| * 05/07/14 | 010008 | Midland Funding LLC | final distribution | 7100-003 | | 397.01 | 478.13 |
| | | By its authorized agent Recoser, LLC | | | | | |
| | | 25 SE 2nd Ave, Suite 1120 | | | | | |
| | | Miami, FL  331311605 | | | | | |
| * 05/07/14 | 010008 | Midland Funding LLC | final distribution | 7100-003 | | -397.01 | 875.14 |
| | | By its authorized agent Recoser, LLC | incorrect amount | | | | |
| | | 25 SE 2nd Ave, Suite 1120 | | | | | |

| | | | Page Subtotals | | 12,272.65 | 11,397.51 | |

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-32873 -CAS |
| Case Name: | MORRISON, RHONDA |
| Taxpayer ID No: | *******1764 |
| For Period Ending: | 05/31/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1863  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Miami, FL  331311605 | | | | | |
| *    05/07/14 | 010009 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL  331311605 | Final Distribution | 7100-003 | | 286.65 | 588.49 |
| *    05/07/14 | 010009 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL  331311605 | Final Distribution<br>incorrect amount | 7100-003 | | -286.65 | 875.14 |
| *    05/07/14 | 010010 | Bothwell Anesthesia Services<br>PO BOX 1660<br>Independence, MO  64055 | Final Distribution | 7100-003 | | 39.10 | 836.04 |
| *    05/07/14 | 010010 | Bothwell Anesthesia Services<br>PO BOX 1660<br>Independence, MO  64055 | Final Distribution<br>incorrect amount | 7100-003 | | -39.10 | 875.14 |
| 05/07/14 | 010011 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL  331311605 | Final Distribution | 7100-000 | | 389.32 | 485.82 |
| 05/07/14 | 010012 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL  331311605 | Final Distribution | 7100-000 | | 281.10 | 204.72 |
| 05/07/14 | 010013 | Bothwell Anesthesia Services<br>PO BOX 1660<br>Independence, MO  64055 | Final Distribution | 7100-000 | | 38.35 | 166.37 |
| 05/07/14 | 010014 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL  331311605 | Final Distribution | 7100-000 | | 166.37 | 0.00 |

Page Subtotals     0.00     875.14

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-32873 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | MORRISON, RHONDA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1863 Checking - Non Interest |
| Taxpayer ID No: | *******1764 | | |
| For Period Ending: | 05/31/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 12,272.65 | 12,272.65 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 12,272.65 | 0.00 | |
| | | | | Subtotal | 0.00 | 12,272.65 | |
| | | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 0.00 | 12,272.65 | |
| | | Total Allocation Receipts: | 35,000.00 | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | Total Allocation Disbursements: | 3,613.40 | TOTAL - ALL ACCOUNTS | | | |
| | | | | Checking Account - *******7301 | 31,386.60 | 264.55 | 0.00 |
| | | Total Memo Allocation Net: | 31,386.60 | Checking - Non Interest - *******1863 | 0.00 | 12,272.65 | 0.00 |
| | | | | | ------------------ | ------------------ | ------------------ |
| | | | | | 31,386.60 | 12,537.20 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  |
|---|
| /s/   BRENDA PORTER HELMS, TRUSTEE |
| Trustee's Signature: _____  Date: 05/31/14 |
| BRENDA PORTER HELMS, TRUSTEE |

Page Subtotals          0.00          0.00

Ver: 17.05d